In the Matter of the Estate of Leopold Honig, Deceased. National City Bank of New York, Appellant; Frank G. Opton, as Ancillary Administrator of the Estate of Leopold Honig, Deceased, Respondent.— We think that this proceeding should be remitted to the Surrogate's Court for the issuance of a supplemental citation to the Public Administrator and to take such proof as may be required (Surrogate's Ct. Act, § 162, subd. 2). In view of the steps already taken herein, we find no necessity for the institution of a new proceeding. Decree unanimously reversed, without costs, and the matter remitted to the Surrogate's Court for further proceeding as indicated herein. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

Hilda R. Gilman, Appellant, v. A. H. Sonn Co., Inc., Respondent; Benjamin Weintraub, as Trustee in Bankruptcy of Cy Rheims Corp., et al., Appellants, et al., Defendants.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Van Voorhis, Shientag and Heffernan, JJ. [See *post*, p. 765.]

Miehle Printing Press and Manufacturing Company, Respondent, v. Amtorg Trading Corporation, Appellant.— As the discontinuance annuls all that has taken place in the action, there is no occasion for the concern which appellant expresses as to its rights of appeal from the order of summary judgment. Neither in this respect nor in any other respect will .appellant be prejudiced by the discontinuance. Orders unanimously affirmed, with $20 costs and disbursements to the respondent. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Heffernan, JJ.

Esther Untermeyer, Respondent, v. Louis Untermeyer, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Heffernan, JJ.

In the Matter of the Estate of Arthur C. Mandel, Deceased. Paula M. Hartmann, as Executrix of Arthur C. Mandel, Deceased, Appellant; Helen Bent, Respondent, et al., Defendants.— Decree unanimously affirmed, with costs to all parties appearing herein and filing briefs, payable out of the estate. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Heffernan, JJ.

In the Matter of the Accounting of Patrick Cushen, as Administrator of the Estate of Elizabeth McGowan, Deceased, Respondent. James McGowan, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Van Voorhis, Shientag and Heffernan, JJ.

In the Matter of the Arbitration between Tubtex Fabrics Corporation, Respondent, and J. S. Azrak, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Van Voorhis, Shientag and Heffernan, JJ.